# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THINKOPTICS, INC., *Plaintiff*, v. NINTENDO OF AMERICA INC., *et al.*, *Defendants.* | Case No. 6:11-cv-00455-LED [Jury trial demanded] |

### NINTENDO OF AMERICA INC.'S AND NINTENDO CO., LTD.'S NOTICE OF COMPLIANCE WITH COURT' MOTION PRACTICE ORDER

In compliance with the Court's Motion Practice Order, Nintendo of America Inc. and Nintendo Co., Ltd files this Notice of its letter to the Court requesting permission to file a motion for summary judgment that no asserted claim in U.S. Patent Nos. 7,796,116; 785,317; and 7,864,159 is infringed by the accused device. A copy of the letter is attached as Exhibit "1."

May 13, 2013

By:   /s/ *Grant Kinsel*
    Grant Kinsel, Bar No. 172407
    email: gkinsel@perkinscoie.com
    (Lead Attorney)

PERKINS COIE LLP
1888 CENTURY PARK E., SUITE 1700
LOS ANGELES, CA 90067
TEL:   310.788.3215
FAX:   310.788.3399

Clyde M. Siebman
SIEBMAN, REYNOLDS, BURG, PHILIPS & SMITH, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel:   903.870.0070
Fax:   903.870-0066
email: Siebman@siebman.com

Attorneys for NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on May 13, 2013, on all counsel who have consented to electronic service.

          /s/ *Grant Kinsel*