UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ThinkOptics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Nintendo of America Inc., et al., <br><br> Defendants. | Case No. 6:11-cv-00455-LED <br><br> [Jury trial demanded] |

Notice of Compliance with Court Motion Practice Order

In compliance with the Court's Motion Practice Order, Nintendo of America Inc. and Nintendo Co., Ltd file this Notice of their letter to the Court requesting permission to file a summary judgment motion that the patents-in-suit are invalid. A copy of the letter is attached as Exhibit "1."

January 2, 2014

By: /s/ *Grant Kinsel*
    Grant Kinsel, Bar No. 172407
    email: gkinsel@perkinscoie.com
    (Lead Attorney)

Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067
Tel:    310.788.3215

Fax:    310.788.3399

Clyde M. Siebman
Siebman, Reynolds, Burg, Philips & Smith, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel:    903.870.0070
Fax:    903.870-0066
email: Siebman@siebman.com

Attorneys for Nintendo of America Inc. and Nintendo Co., Ltd.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on January 2, 2014, on all counsel who have consented to electronic service.

/s/ *Grant Kinsel*