# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| THINKOPTICS, INC., | § | |
| Plaintiff, | § § § | |
| vs. | § | NO. 6:11-cv-00455-LED |
| NINTENDO OF AMERICA INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## DEFENDANT'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS

Defendants Nintendo of America Inc., and Nintendo Co., Ltd. (collectively "Nintendo") respectfully file this Notice of Request for Daily and Real Time Reporting of Trial Transcript.

Pursuant to the Court's Amended Docket Control Order, Defendants hereby provide notice to the Court of its request for a daily transcript and real time reporting during the proceedings of this matter. This notice is timely under the Amended Docket Control Order.

A copy of this Notice is being provided via e-mail to the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov.

Dated May 2, 2014.

By: /s/ *Grant Kinsel*
Grant Kinsel, *pro hac vice*
Lead Counsel
Email: gkinsel@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

Attorneys for Nintendo of America Inc. and Nintendo Co., Ltd.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on May 2, 2014, on all counsel who have consented to electronic service.

/s/ *Grant Kinsel*
Grant Kinsel