# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ThinkOptics, Inc.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:11-CV-455 (LED) |
| **Nintendo of America, Inc.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

### PLAINTIFF THINKOPTICS, INC.'S TRIAL WITNESS LIST

Plaintiff ThinkOptics, Inc. ("ThinkOptics"), pursuant to the Order Limiting Number of Asserted Claims, Limiting Number of Prior Art References, and Amending Docket Control Order (Docket No. 243) and Federal Rule of Civil Procedure 26(a)(3)(A)(i), identifies the following witnesses that ThinkOptics expects to present at trial by deposition or live testimony.

A.   **Witnesses ThinkOptics Will Present at Trial**

Anders Grunnet-Jepsen, PhD
Gopal Panchanathan
Christopher J. Bokhart (expert)
Bob Zeidman (expert)

Defendants' Corporate Representatives (ThinkOptics requests that Defendants bring at least one corporate representative to trial who has been sufficiently educated on this case)

B.   **Witnesses ThinkOptics May Present at Trial**

John Sweetser
Ken Salsman

Brian Kim
Haruki Tojo
Keizo Ohta
Akio Ikeda
Genvo Tekeda
Kuniaki Ito
Emi Yamada
Noah Lang
Sandra Hatcher
Tom Webster
Nicholas Chavez
Rod Tueber
Jacqualee Story
Devon Pritchard
Gary Kitchen (expert)
Jan Allebach (expert)
Gregory Welch (expert)
Daniel Slottje (expert)

A ThinkOptics Corporate Representative, in necessary
All Corporate Representatives who have testified for Defendants
Any witness listed on Defendants witness lists or initial disclosures

ThinkOptics reserves the right to amend its list of trial witnesses as appropriate. Furthermore, ThinkOptics reserves the right to elicit testimony from any witness or representative of Defendants who appears at trial at any time. ThinkOptics also reserves the right to amend these disclosures to identify any witness identified by any Defendant in their respective trial witness lists and/or call any such witness at trial.

Respectfully submitted,

*/s/*

**D. NEIL SMITH, ATTORNEY IN CHARGE**
STATE BAR NO. 00797450
**EDWARD CHIN**

        STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**KIRK VOSS**
STATE BAR NO. 24075229
**CHRISTIAN HURT**
STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dneilsmith@me.com
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com

**DEREK GILLILAND**
STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com


**STEVEN H. SLATER**
STATE BAR NO. 00784985
**NATALIE SWIDER**
STATE BAR NO. 24063211
**ADAM C. DAVENPORT**
STATE BAR NO. 24065117
**SLATER & MATSIL, L.L.P**.
17950 Preston Road, Suite 1000
Dallas, Texas 75252
972.732.1001 (telephone)
972.732.9218 (facsimile)
slater@slater-mastil.com
swider@slater-matsil.com
davenport@slater-matsil.com


**ATTORNEYS FOR PLAINTIFF THINKOPTICS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel who have consented to electronic service on this the 2nd day of May, 2014.

**NIX PATTERSON & ROACH, L.L.P.**