# EXHIBIT "B"

-1-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ThinkOptics, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Nintendo of America Inc., et al., <br><br> *Defendants.* | Civil Action No. 6:11-cv-00455-LED <br><br> [JURY TRIAL DEMANDED] |

**DEFENDANTS NINTENDO OF AMERICA INC. AND
NINTENDO CO., LTD.'S AMENDED IDENTIFICATION OF
TRIAL WITNESSES**

Pursuant to the Docket Control Order (Dkt. 243) and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Defendants Nintendo of America Inc. and Nintendo Co., Ltd. ("Nintendo"), hereby identify the following trial witnesses.  Nintendo reserves its right to amend or modify this list based on additional investigation or future events.  Nintendo also reserves the right to call any witness at trial identified on ThinkOptics' trial witness list.

-1-

|    | WITNESS NAME | EMPLOYER | WILL CALL | MAY CALL | MAY CALL VIA DEPOSITION |
|----|---|---|---|---|---|
| 1. | Akio Ikeda | Nintendo Co., Ltd. | X | | |
| 2. | Haruki Tojo | Nintendo Co., Ltd. | X | | |
| 3. | Nicolas Chavez | Nintendo of America Inc. | X | | |
| 4. | Devon Pritchard | Nintendo of America Inc. | X | | |
| 5. | Chia-Cheun Liang | Pixart Imaging, Inc. | X | | |
| 6. | Jan P. Allebach | Purdue University | X | | |
| 7. | Garry Kitchen | SGK Service, Inc. | X | | |
| 8. | Gregory Welch | Univ. of Central Florida, Univ. of N.C. at Chapel Hill | X | | |
| 9. | Daniel Slottje | FTI Consulting | X | | |
| 10. | Kenneth Salsman | Aptina Imaging Corp. | X | | |
| 11. | Anders Grunnet-Jespen | ThinkOptics, Inc. | X | | |
| 12. | Gopal Panchanathan | ThinkOptics, Inc. | | X | |
| 13. | John Sweetser | ThinkOptics, Inc. | | X | |
| 14. | Sandra Hatcher | Costco Wholesale Corp. | | X | |
| 15. | Keizo Ohta | Nintendo Co., Ltd. | | X | |
| 16. | Genyo Takeda | Nintendo Co., Ltd. | | X | |
| 17. | Rodney J. Teuber | Nintendo of America Inc. | | X | |
| 18. | Jacqualee Story | Nintendo of America Inc. | | X | |
| 19. | Tzu-Yi Chao | Pixart Imaging, Inc. | | X | |
| 20. | Raymond Kwong | Triton Services, Inc. | | X | |
| 21. | Christopher J. Bokhart[1] | ThinkOptics expert | | X | |
| 22. | Bob Zeidman | ThinkOptics expert | | X | |
| 23. | Thomas Webster | Blakely, Sokoloff, Taylor & Zafman, LLP | | | X |
| 24. | Tom Willis | Intel Corp. | | | X |
| 25. | Achintya Bhowmik | Intel Corp. | | | X |
| 26. | Thomas Holder | Intel Corp. | | | X |

---

[1]   Nintendo does not waive its objections to the admissibility of any of Mr. Bokhart's testimony, which is the subject of a pending *Daubert* motion.

-3-

Dated April 29, 2014.

| | |
|---|---|
| By: /s/ *Grant Kinsel*<br>    Grant Kinsel, Bar No. 172407<br>    email: gkinsel@perkinscoie.com<br>    (Lead Attorney)<br><br>Perkins Coie LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA 90067<br>Tel: 310.788.3215/Fax: 310.788.3399 | Clyde M. Siebman<br>Siebman, Reynolds, Burg, Philips<br>& Smith, L.L.P.<br>Federal Courthouse Square<br>300 N. Travis Street<br>Sherman, TX 75090<br>Tel:    903.870.0070<br>Fax:   903.870-0066<br>email: Siebman@siebman.com |

    Attorneys for Nintendo of America Inc. and Nintendo Co., Ltd.

-4-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on April 29, 2014, on all counsel who have consented to electronic service.

        /s/    *Grant Kinsel*
               Grant Kinsel