IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THINKOPTICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 6:11-cv-00455-LED |
| | § | |
| NINTENDO OF AMERICA INC., et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

**NINTENDO'S NOTICE OF COMPLIANCE**
**REGARDING PRETRIAL DISCLOSURES**

Pursuant to the Court's Discovery Order (ECF No. 165), Amended Docket Control Order (ECF No. 243), and agreement of the parties, Defendants Nintendo of America Inc., and Nintendo Co., Ltd. (collectively "Nintendo") hereby notify the Court that on May 22, 2014, all counsel of record are being served via electronic mail with copies of Nintendo's Pre-Trial Disclosures, including Nintendo's Preliminary Trial Exhibit List and Identification of Initial Deposition Designations.

Dated: May 22, 2014.

> By: /s/ *Grant Kinsel*
> (with permission by *Tyler C. Peterson*)
>     Grant Kinsel, *pro hac vice*
>     Lead Counsel
> Email: gkinsel@perkinscoie.com
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA 98101-3099
>
> Attorneys for Nintendo of America Inc.
> and Nintendo Co., Ltd.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on May 22, 2014. Any other counsel of record will be served by first class mail on this date.

                                           /s/ *Grant Kinsel*
                                                   Grant Kinsel