IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ThinkOptics, Inc.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:11-CV-455 (LED) |
| **Nintendo of America, Inc.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## PLAINTIFF'S ESTIMATED TRIAL TIME

Plaintiff ThinkOptics, Inc. ("ThinkOptics") pursuant to this Court's Amended Docket Control Order (Dkt. No. 243) hereby submits its estimate of the amount of time needed for jury selection and for trial. ThinkOptics proposes that each side be permitted the following for the trial in this matter.

**Voir Dire** – 30 minutes per side

**Opening Statements** – 30 minutes per side

**Direct and Cross Examinations** – 15 hours per side

**Closing Arguments** – 45 minutes per side

Respectfully submitted,

*/s/ Edward Chin*

**EDWARD CHIN**

**D. NEIL SMITH**, Attorney in Charge
STATE BAR NO. 00797450

**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW J. WRIGHT**
STATE BAR NO. 24063927
**KIRK A. VOSS**
STATE BAR NO. 24075229
**CHRISTIAN HURT**
STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dneilsmith@me.com
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com

**DEREK GILLILAND**
STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com

**STEVEN H. SLATER**
STATE BAR NO. 00784985
**NATALIE SWIDER**
STATE BAR NO. 24063211
**ADAM C. DAVENPORT**
STATE BAR NO. 24065117
**SLATER & MATSIL, L.L.P.**
17950 Preston Road, Suite 1000
Dallas, Texas 75252
972.732.1001 (telephone)
972.732.9218 (facsimile)
slater@slater-matsil.com
swider@slater-matsil.com
davenport@slater-matsil.com

**ATTORNEYS FOR PLAINTIFF
THINKOPTICS, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's ECF system on all counsel who have consented to electronic service on this the 24th day of June, 2014.

*[signature]*

**NIX PATTERSON & ROACH, L.L.P.**