IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THINKOPTICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 6:11-cv-00455-LED |
| | § | |
| NINTENDO OF AMERICA INC., et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

## NINTENDO'S TRIAL TIME ESTIMATES

Pursuant to this Court's Docket Control Order (ECF No. 243), hereby submits its estimate of the amount of time needed for jury selection and for trial. ThinkOptics proposes that each side be permitted the following for the trial in this matter:

| | |
|---|---|
| Voir Dire | 45 minutes per side |
| Opening Statement | 60 minutes per side |
| Direct and Cross Examinations | 15 hours per side |
| Closing Arguments | 60 minutes per side |

Dated: June 24, 2014.

By: /s/ Tyler C. Peterson
Grant Kinsel, *pro hac vice*
   Lead Counsel
   Email: gkinsel@perkinscoie.com
Jonathan L. McFarland, *pro hac vice*
   Email: JMcFarland@perkinscoie.com
Tyler C. Peterson, *pro hac vice*
   Email: tcpeterson@perkinscoie.com
Kyle M. Amborn, *pro hac vice*
   Email: kamborn@perkinscoie.com

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel:    206.359.8000
Fax:    206.359.9000

Joseph P. Hamilton, *pro hac vice*
    Email: JHamilton@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067
Tel:    310.788.3271
Fax:    310.843.1286

Clyde M. Siebman
SIEBMAN, BURG, PHILIPS & SMITH, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel:    903.870.0070
Fax:    903.870-0066
email: Siebman@siebman.com

Attorneys for Nintendo of America Inc.
and Nintendo Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on June 24, 2014.  Any other counsel of record will be served by first class mail on this date.

/s/     Tyler Peterson
Tyler Peterson