# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**THINKOPTICS, INC.,**
>        *Plaintiff,*

**v.**                                                  **CASE NO.:    6:11-CV-455 (LED)**

**NINTENDO OF AMERICA, INC.;** *et al.*
>        *Defendants.*

### DEFENDANTS' SECOND AMENDED TRIAL EXHIBIT LIST

| Presiding Judge:<br><br>LEONARD DAVIS | Plaintiff's Attorney(s): | Defendant's Attorneys |
|---|---|---|
| Trial / Hearing Date(s) | Court Reporter:<br>Shea Sloan | Courtroom Deputy:<br>Rosa Ferguson |

**\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use**

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-001 | Nintendo Revolution controller hardware overview, Version. 0.1, 8/25/2005 (Japanese language document) | NIN_TO_0031132 - NIN_TO_0031138 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-002 | Counter Spec (Motion Tracking Sensor), PixArt, 6/21/2005 | NIN_TO_0041302 - NIN_TO_0041304 | B | | | | | | |
| DTX-003 | Development Agreement "Direct Pointing Device: PAC 7020/7021" between Nintendo Co., Ltd., Hudson Soft, Marubun and PixArt, 4/24/2006.  Deposition Exhibits 30(b)(6) Nintendo 12 (Lang) (49540-60) and Takeda 25 (45845-65). | NIN_TO_0049540 - NIN_TO_0049560, NIN_TO_0045845 - NIN_TO_0045865 | B | | | | | | |
| DTX-004 | Motion Tracking Sensor Specifications, Hudson Edit 0625, Hudson Soft Co., Ltd., 6/25/2004 (Japanese language document) | NIN_TO_0049566 - NIN_TO_0049591 | B | | | | | | |
| DTX-005 | Conference meeting minutes document, 7/27/2004 (Japanese language document) | NIN_TO_0065775 - NIN_TO_0065776 | B | | | | | | |
| DTX-006 | Project Revolution (NNGC: Nintendo Next generation) presentation slides, 11/12/2004 (Japanese language document) | NIN_TO_0065777 - NIN_TO_0065785 | B | | | | | | |
| DTX-007 | Non-Disclosure Agreement between Nintendo Co., Ltd. and Hudson Soft, 2/14/2005 (Japanese language document) | NIN_TO_0065786 - NIN_TO_0065789, NIN_TO_0049561 - NIN_TO_0049564 | B | | | | | | |
| DTX-008 | NUMBER RESERVED | | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-009 | NUMBER RESERVED | | B | | | | | | |
| DTX-010 | NUMBER RESERVED | | B | | | | | | |
| DTX-011 | UI Meeting Minutes, 4/28/2005 (Japanese language document) | NIN_TO_0065810 - NIN_TO_0065811 | B | | | | | | |
| DTX-012 | Motion Tracking Controller, 4/29/2005 (Japanese language document) | NIN_TO_0065812 - NIN_TO_0065813 | B | | | | | | |
| DTX-013 | UI Meeting Minutes, 5/11/2005 (Japanese language document) | NIN_TO_0065814 - NIN_TO_0065815 | B | | | | | | |
| DTX-014 | Trial controller with MTS (Motion Tracking Sensor), Ver 0.1, 5/19/2005, Nintendo iRD (Japanese language document) | NIN_TO_0065816 - NIN_TO_0065818 | B | | | | | | |
| DTX-015 | UI Meeting Minutes, 6/2/2005 (Japanese language document) | NIN_TO_0065819 - NIN_TO_0065827 | B | | | | | | |
| DTX-016 | NUMBER RESERVED | | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-017 | Meeting minutes regarding PixArt, 6/10/2005 | NIN_TO_0065836 - NIN_TO_0065839 | B | | | | | | |
| DTX-018 | Request for MTS (Motion Tracking Sensor), 6/13/2005 (Japanese language document) | NIN_TO_0065840 - NIN_TO_0065842 | B | | | | | | |
| DTX-019 | NUMBER RESERVED | | B | | | | | | |
| DTX-020 | NUMBER RESERVED | | B | | | | | | |
| DTX-021 | Email from Akio Ikeda to K. Ito et al., 6/24/2005 (Japanese language document) | NIN_TO_0065865 - NIN_TO_0065865 | B | | | | | | |
| DTX-022 | UI Meeting Minutes, 7/14/2005 (Japanese language document) | NIN_TO_0065879 - NIN_TO_0065880 | B | | | | | | |
| DTX-023 | OPD notes, 7/27/2005 (Japanese language document) | NIN_TO_0065881 - NIN_TO_0065881 | B | | | | | | |
| DTX-024 | Meeting minutes, 7/27/2005 meeting between Nintendo, PixArt and Marubun (Japanese language document) | NIN_TO_0065882 - NIN_TO_0065884 | B | | | | | | |
| DTX-025 | Request for OPD, 7/27/2005, Nintendo iRD | NIN_TO_0065889 - NIN_TO_0065892 | B | | | | | | |
| DTX-026 | UI Meeting Minutes, 7/28/2005 (Japanese language document) | NIN_TO_0065893 - NIN_TO_0065894 | B | | | | | | |

- 4 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-027 | Document regarding Hudson Soft optical pointer development, 8/31/2005 (Japanese language document) | NIN_TO_0065906 - NIN_TO_0065906 | B | | | | | | |
| DTX-028 | Report by PixArt re 8/31/2005 - 9/2/2005meetings between PixArt, Marubun, Hudson and Nintendo (Japanese language document) | NIN_TO_0065907 - NIN_TO_0065914 | B | | | | | | |
| DTX-029 | Nintendo Non-Disclosure Agreement among Nintendo, PixArt, Marubun and Hudson Soft, 9/20/2005 | NIN_TO_0065924 - NIN_TO_0065926 | B | | | | | | |
| DTX-030 | Request for PAC7020, 10/04/2005. Deposition Exhibit 10, marked at K. Ito deposition 7/2/2013. | NIN_TO_0065927 - NIN_TO_0065933 | B | | | | | | |
| DTX-031 | Nintendo Non-Disclosure Agreement among Nintendo, PixArt, Marubun and Hudson Soft, 3/20/2006 | NIN_TO_0065974 - NIN_TO_0065976 | B | | | | | | |
| DTX-032 | Memorandum of Understanding re Hudson Development, 4/24/2006 (Japanese language document) | NIN_TO_0065977 - NIN_TO_0065978, NIN_TO_0049538 - NIN_TO_0049539 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-033 | Nintendo revolution controller demand specifications Ver. 0.01, 4/12/2005 | NIN_TO_0068961 - NIN_TO_0068968 | B | | | | | | |
| DTX-034 | NUMBER RESERVED | | B | | | | | | |
| DTX-035 | Notebook with 2004 Business Diary, calendar, plan and handwritten notes by A. Ikeda, dated 2004 (Japanese language document).  Deposition Exhibit 34 marked at A. Ikeda 7/8/2013 deposition. | NIN_TO_0069227 - NIN_TO_0069310 | B | | | | | | |
| DTX-036 | Handwritten notes by A. Ikeda, dated 8/29/H13 - 1/26/2007 (Japanese language document).  Deposition Exhibit 35 marked at A. Ikeda 7/8/2013 deposition. | NIN_TO_0069311 - NIN_TO_0069747 | B | | | | | | |
| DTX-037 | Email from S. Murakami of Hudson Co. to Takeda of Nintendo Co., dated November 28, 2004 (Japanese language document) | NIN_TO_0070101 - NIN_TO_0070102 | B | | | | | | |
| DTX-038 | Email from S. Murakami of Hudson Co. to Takeda of Nintendo Co., dated January 20, 2005, with attachment (Japanese language document) | NIN_TO_0070103 - NIN_TO_0070106 | B | | | | | | |

- 6 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-039 | Handwritten notes by A. Ikeda, dated April 2005 - January 2006 (Japanese language document).  Deposition Exhibit 36 marked at A. Ikeda 7/8/2013 deposition, plus partial translations. | NIN_TO_0070379 - NIN_TO_0070495 | B | | | | | | |
| DTX-040 | PAC7001CS Multi Object Tracking Sensor (MOT Sensor), V1.3, dated Aug. 2004 | PIX 000077 - PIX 000111 | B | | | | | | |
| DTX-041 | PAC7021 Documents, v1.0, dated 2/7/2006 (2 copies: clean color images as originally produced by PixArt, and the B/W copy with Zeidman marginalia marked Deposition Exhibit 214), and v1.5 dated 3/1/2006 (also marked as Deposition Exhibits Ito 16, 17, 18 and 19). | PIX 000112 - PIX 000136 (2 copies: original color production, and also B/W Dep Exh 214), and NIN_TO_0043538 - NIN_TO_0043566 | B | | | | | | |
| DTX-042 | PAC7022 Specification, Revision No. 6. (Deposition Exhibit Ikeda 27 is NIN_TO_0070120-235) | PIX 000164 - PIX 000197 and NIN_TO_0070120 - NIN_TO_0070235 | B | | | | | | |
| DTX-043 | PAC507 One-Object Tracking Sensor SOC, V0.3, May 2001 | PIX 000287 - PIX 000292 | B | | | | | | |
| DTX-044 | PACxxx Motion Tracking Sensor, V0.3, May 2001 | PIX 000293 - PIX 000298 | B | | | | | | |

14372-0137/LEGAL122447290.1

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-045 | Request for Motion Tracking Sensor 0608 by Hudson Soft Co., Ltd., dated 6/8/2004 | PIX 000336 - PIX 000348 | B | | | | | | |
| DTX-046 | 70xx study report presentation | PIX 000626 - PIX 000656 | B | | | | | | |
| DTX-047 | Introduction of PAC7023 DSP, by David Liang of PixArt, dated 9/2/2010 | PIX 000657 - PIX 000690 | B | | | | | | |
| DTX-048 | Sensor with Motion-tracking DSP | PIX 000859 - PIX 000859 | B | | | | | | |
| DTX-049 | PixArt RTL printouts | PIX 001009 - PIX 001221 | B | | | | | | |
| DTX-050 | Article titled: "Trends: Solving TV's Navigation Bottleneck," by Josh Bernoff with Chris Carron, Forrester, May 23, 2005 | TONPR_00131136 - TONPR_00131140 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-051 | Handwritten notes and laboratory notebooks by John Sweetser | TONPR_00201559 - TONPR_00201698, TONPR_00202210 - TONPR_00202367, TONPR_00201871 - TONPR_00202044, TONPR_00202500 - TONPR_00202662, TONPR_00202663 - TONPR_00202817, TONPR_00202045 - TONPR_00202209, TONPR_00200985 - TONPR_00201148, TONPR_00202818 - TONPR_00202997, TONPR_00207106 - TONPR_00207267, TONPR_00004214 - TONPR_00004232 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-052 | Handwritten laboratory notebooks by Anders Grunnet-Jepsen | TONPR_00004396 - TONPR_00004505, TONPR_00004233 - TONPR_00004395, TONPR_00206687 - TONPR_00206906, TONPR_00201149 - TONPR_00201377, TONPR_00201699 - TONPR_00201870, TONPR_00201378 - TONPR_00201558, TONPR_00202368 - TONPR_00202499, TONPR_00206952 - TONPR_00207105, TONPR_00206907 - TONPR_00206951 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-053 | ThinkOptics handwritten notes | TONPR_00191067-068, 191707-741, 191347, 193202-205, 193214-216, 193249, 193304-307, 193704, 194253-254, 194269-270, 194358-369, 199404-496, 207399, and 207268-307 | B | | | | | | |
| DTX-054 | NUMBER RESERVED | | B | | | | | | |
| DTX-055 | Getting Started with the iWavit Ultimate Remote Control | TONPR_00163422 - TONPR_00163426 | B | | | | | | |
| DTX-056 | Development Agreement "Direct Pointing Device: PAC 7022" between Nintendo Co. and PixArt, 5/18/2007.  Deposition Exhibit 26 marked at G. Takeda 7/3/2013 deposition. | NIN_TO_0045964 - NIN_TO_0045986 | B | | | | | | |

14372-0137/LEGAL122447290.1

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-057 | Direct Pointing Device Development Agreement, between PixArt and Nintendo, effective date 6/1/2009 | NIN_TO_0070108 - NIN_TO_0070118 | B | | | | | | |
| DTX-058 | Garry Kitchen CV: Exhibit A to the Expert Rebuttal Report of Garry Kitchen Regarding Infringement of U.S. Patent Nos. 7796116, 7852317 & 7864159 (corrected), dated November 12, 2013 | None (10 pages) | B | | | | | | |
| DTX-059 | Daniel J. Slottje Curriculum Vitae (Slottje CV), September 2013 Exhibit 1 to the Expert Report of Daniel J. Slottje, dated November 25, 2013 | None (17 pages) | B | | | | | | |
| DTX-060 | Updated damages charts from Daniel Slottje: Exhibits 4 through 13, served 6/20/2014.  Provided to update charts and schedules to the Expert Report of Daniel J. Slottje, dated November 25, 2013 | None (12 pages) | B | | | | | | |
| DTX-061 | Deposition Exhibit 209.  Schedule 8.1 - Top Games by Total Units Sold & Functionality (from Bokhart report), with marginalia added by deposition witness Zeidman. | None (1 page) | B | | | | | | |
| DTX-062 | Spreadsheet produced as native Excel file named: VC.xls | TONPR_00167667 | B | | | | | | |

- 12 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-063 | Gary Kitchen Wii game testing results | NIN_TO_0080824 - NIN_TO_0080838 | B | | | | | | |
| DTX-064 | Deposition Exhibit Allebach 3.  Jan Allebach CV (as of 9/20/2013) - Exhibit A to the Expert Rebuttal Report of Dr. Jan P. Allebach Regarding Infringement of U.S. Patent Nos. 7,796,116, 7,852,317, and 7,864,159, dated November 12, 2013. | None (90 pages) | B | | | | | | |
| DTX-065 | UM10204 I2C-bus specification and user manuals, Rev. 03, dated June 19, 2007 and Rev. 5, dated October 9, 2012, by NXP Semiconductors | NIN_TO_0080196 - NIN_TO_0080245 AND NIN_TO_0080676 - NIN_TO_0080739 | B | | | | | | |
| DTX-066 | Intel MCS 51 Microcontroller Family User's Manual | NIN_TO_0080246 - NIN_TO_0080579 | B | | | | | | |
| DTX-067 | Gregory F. Welch CV - Exhibit A to the Expert Report of Gregory F. Welch on the Invalidity of U.S. Patent Nos. 7,796,116, 7,852,317, and 7,864,159, dated October 15, 2013 (Deposition Exhibit Welch 2) | None (23 pages) | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-068 | U.S. Patent Number 5,627,565 Morishita et al., issued May 6, 1997 (Deposition Exhibit 207).  A physical certified copy of this reference is available for inspection. | NIN_TO_0000382 - NIN_TO_0000424 | B | | | | | | |
| DTX-069 | JP Patent Application Kokai Publication No. H10-228349, with English Translation (Yamamoto).  (Deposition Exhibit 111 Zeidman).  A physical certified copy of this reference is available for inspection. | NIN_TO_0004955 - NIN_TO_0004977 | B | | | | | | |
| DTX-070 | JP Patent Application Kokai Publication No. 2003-208260, with English Translation (Tei et al.).  (Deposition Exhibit 110 Zeidman).  A physical certified copy of this reference is available for inspection. | NIN_TO_0004978 - NIN_TO_0004992 | B | | | | | | |
| DTX-071 | Madritsch, Franz article titled: "CCD-CAMERA Based Optical Tracking for Human-Computer Interaction," in Proceedings of The 1st European Conference on Disability, Virtual Reality and Associated Technologies, July 8-10, 1996 (Deposition Exhibit 206) | NIN_TO_0070501 - NIN_TO_0070516 | B | | | | | | |

- 14 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-072 | Trinder, J.C., article titled: "Precision of Digital Target Location," in *Photogrammetric Engineering and Remote Sensing*, Vol. 55, No. 6, June 1989, pp. 883-886.  Physical exhibit -- magazine article that corresponds to the copy of the prior art produced as NIN_TO_0070517-520.  (Bates copy is Deposition Exhibit 205). | physical exhibit | B | | | | | | |
| DTX-073 | U.S.  Patent No. 6,559,935 Tew, issued May 6, 2003 (Deposition Exhibit 208) | NIN_TO_0001122 - NIN_TO_0001132 | B | | | | | | |
| DTX-074 | U.S. Patent Application·Publication No. 2004/0207597 Marks (Deposition Exhibit 114) | NIN_TO_0002866 - NIN_TO_0002887 | B | | | | | | |
| DTX-075 | Bishop, Gary, Self-Tracker: A Smart Optical Sensor on Silicon, Ph.D. Dissertation, UNC Chapel Hill (1984) | NIN_TO_0003295 - NIN_TO_0003359 | B | | | | | | |
| DTX-076 | Email from Gopal Panchanathan to Jon Gelsey, Brian Hedges, Anders and John, re: Followup - ThinkOptics, Inc., dated January 12, 2005 | TONPR_00003476 | B | | | | | | |
| DTX-077 | Deposition Exhibit 104.  E-mail thread from A. Grunnet-Jepsen to T. Willis, re ThinkOptics, dated November 22, 2004. | TONPR_00003579 | B | | | | | | |

- 15 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-078 | Email from John Sweeser to Rick Trebino and Nick Sampas, RE: Bullet ID, dated November 9, 2004 | TONPR_00003587 - TONPR_00003590 | B | | | | | | |
| DTX-079 | Corporate Non-Disclosure Agreement, between Intel Corporation and Anders Grunnet-Jepsen, dated December 14, 2004 | TONPR_00195295 | B | | | | | | |
| DTX-080 | Catching up with ThinkOptics (Article first appeared in the February 14, 2007 issue) | TONPR_00168857 - TONPR_00168863 | B | | | | | | |
| DTX-081 | Chipcon Products from Texas Instruments, CC2430, A True System-on-Chip solution for 2.4 GHz IEEE 802.15.4 / ZigBee, document no. SWRS036, by Texas Instruments | TONPR_00206148 - TONPR_00206371 | B | | | | | | |
| DTX-082 | ThinkOptics Notes: 9/15/04 | TONPR_00166001 | B | | | | | | |
| DTX-083 | ThinkOptics' VisiTrac Technology | TONPR_00140393 - TONPR_00140398 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-084 | Declarations and Statements filed in U.S. Patent Application No. 11/777,078 by Anders Grunnet-Jepsen, John Sweetser, Kenneth Salsman and Gopal Panchanathan. (Compilation of: Deposition Exhibit Sweetser 5, TO_BSTZ_019500-514, Deposition Exhibits Salsman 7 and Salsman 10) | None (17 pages), next TO_BSTZ_019500 - TO_BSTZ_019514, next none (80 pages), and finally none (2 pages) | B | | | | | | |
| DTX-085 | Email from Anders Grunnet-Jepsen to Gopal and John Sweetser, re: Cost estimate, dated September 1, 2008 | TONPR_00190474 | B | | | | | | |
| DTX-086 | ThinkOptics ROM Proposal: Advanced Digital Optical Touch Screen, dated 3/19/2012 | TONPR_00130291 - TONPR_00130294 | B | | | | | | |
| DTX-087 | Documents from the prosecution of U.S. Patent Application No. 11/441,146 Akasaka et al.  Includes: U.S. Patent Application Publication No. US 2007/0060228, related U.S. Provisional Application No. 60/732,649, application transmittal letter, Priority Japanese Foreign Application No. JP 2005-253715 (and its published form, JP 2007-61489A) (copies of these documents were filed as Dkt. Nos: 358-04, 358-05, 359-02, 361-06 and 361-07) | TONPR_00179566 - TONPR_00179634, None (80 pages), None (172 pages), None (2 pages), TONPR_00199995 - TONPR_00200071 and None (53 pages) | B | | | | | | |

- 17 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-088 | Inter Partes Reexamination file history, Serial No. 95/002,118 regarding U.S. Patent No. 7,864,159 | NIN_TO_0086207 - NIN_TO_0091519, NIN_TO_0097055 - NIN_TO_0097129, NIN_TO_0111708 - NIN_TO_0111769 | B | | | | | | |
| DTX-089 | Inter Partes Reexamination file history, Serial No. 95/002,116 regarding U.S. Patent No. 7,796,116 | NIN_TO_0081135 - NIN_TO_0086206, NIN_TO_0097018 - NIN_TO_0097054, NIN_TO_0097131 - NIN_TO_0097178 | B | | | | | | |
| DTX-090 | U.S. Patent Application Publication No. US 2009/0326850 Ohta | NIN_TO_0080063 - NIN_TO_0080098 | B | | | | | | |
| DTX-091 | U.S. Patent Application No. 11/441,146 file history, including patent No. 8,708,822 | NIN_TO_0097179 - NIN_TO_0098315 and NIN_TO_0099297 - NIN_TO_0099358 | B | | | | | | |
| DTX-092 | U.S. Patent Application No. 11/522,997 file history | NIN_TO_0098316 - NIN_TO_0099255, NIN_TO_0112343 - | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| | | NIN_TO_0112374 | | | | | | | |
| DTX-093 | List of Nintendo Issued United States Patents and Related Patent Prosecution Documents | NIN_TO_0111688 - NIN_TO_0111706 | B | | | | | | |
| DTX-094 | U.S. Patent No. 7,698,096 | NIN_TO_0107363 - NIN_TO_0107398 | B | | | | | | |
| DTX-095 | U.S. Patent No. 7,716,008 | NIN_TO_0107284 - NIN_TO_0107329 | B | | | | | | |
| DTX-096 | U.S. Patent No. 7,774,155 | NIN_TO_0107196 - NIN_TO_0107253 | B | | | | | | |
| DTX-097 | U.S. Patent No. 7,786,976 | NIN_TO_0107075 - NIN_TO_0107127 | B | | | | | | |
| DTX-098 | U.S. Patent No. 7,877,224 | NIN_TO_0106616 - NIN_TO_0106661 | B | | | | | | |
| DTX-099 | U.S. Patent No. 7,924,264 | NIN_TO_0106377 - NIN_TO_0106408 | B | | | | | | |
| DTX-100 | U.S. Patent No. 7,927,216 | NIN_TO_0106293 - NIN_TO_0106341 | B | | | | | | |
| DTX-101 | U.S. Patent No. 7,931,535 | NIN_TO_0106238 NIN_TO_0106292 | B | | | | | | |
| DTX-102 | U.S. Patent No. 7,942,745 | NIN_TO_0106098 - NIN_TO_0106151 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-103 | U.S. Patent No. 8,041,536 | NIN_TO_0105594 - NIN_TO_0105637 | B | | | | | | |
| DTX-104 | U.S. Patent No. 8,157,651 | NIN_TO_0104955 - NIN_TO_0105032 | B | | | | | | |
| DTX-105 | U.S. Patent No. 8,267,786 | NIN_TO_0103936 - NIN_TO_0103987 | B | | | | | | |
| DTX-106 | U.S. Patent No. 8,308,563 | NIN_TO_0103455 - NIN_TO_0103511 | B | | | | | | |
| DTX-107 | U.S. Patent No. 8,327,287 | NIN_TO_0103157 - NIN_TO_0103193 | B | | | | | | |
| DTX-108 | U.S. Patent No. 8,409,003 | NIN_TO_0102381 - NIN_TO_0102423 | B | | | | | | |
| DTX-109 | U.S. Patent No. 8,469,811 | NIN_TO_0101841 - NIN_TO_0101887 | B | | | | | | |
| DTX-110 | U.S. Patent No. 8,219,347 | NIN_TO_0104333 - NIN_TO_0104381 | B | | | | | | |
| DTX-111 | U.S. Patent No. 8,228,293 | NIN_TO_0104194 - NIN_TO_0104236 | B | | | | | | |
| DTX-112 | U.S. Patent No. 8,313,379 | NIN_TO_0103241 - NIN_TO_0103321 | B | | | | | | |
| DTX-113 | U.S. Patent No. 8,405,611 | NIN_TO_0102424 - NIN_TO_0102462 | B | | | | | | |

14372-0137/LEGAL122447290.1

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-114 | U.S. Patent No. 8,430,753 | NIN_TO_0102072 - NIN_TO_0102120 | B | | | | | | |
| DTX-115 | U.S. Patent No. 8,437,971 | NIN_TO_0102038 - NIN_TO_0102071 | B | | | | | | |
| DTX-116 | U.S. Patent No. 8,473,245 | NIN_TO_0101758 - NIN_TO_0101801 | B | | | | | | |
| DTX-117 | U.S. Patent No. 8,614,672 | NIN_TO_0100688 - NIN_TO_0100753 | B | | | | | | |
| DTX-118 | U.S. Patent No. 8,704,759 | NIN_TO_0099681 - NIN_TO_0099748 | B | | | | | | |
| DTX-119 | U.S. Patent No. 8,708,824 | NIN_TO_0099475 - NIN_TO_0099546 | B | | | | | | |
| DTX-120 | Spreadsheet produced as native Excel file named: 2008Customer&VCContacts.xls | TONPR_00170459 | B | | | | | | |
| DTX-121 | U.S. Patent No. 8,698,757 | NIN_TO_0099943 - NIN_TO_0099960 | B | | | | | | |
| DTX-122 | Nintendo of America Inc's Notice of Rule 30(b)(6) Deposition of ThinkOptics, Inc., dated August 22, 2013 | None (17 pages) | B | | | | | | |
| DTX-123 | NUMBER RESERVED | | B | | | | | | |
| DTX-124 | NUMBER RESERVED | | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-125 | NUMBER RESERVED | | B | | | | | | |
| DTX-126 | NUMBER RESERVED | | B | | | | | | |
| DTX-127 | NUMBER RESERVED | | B | | | | | | |
| DTX-128 | NUMBER RESERVED | | B | | | | | | |
| DTX-129 | NUMBER RESERVED | | B | | | | | | |
| DTX-130 | NUMBER RESERVED | | B | | | | | | |
| DTX-131 | NUMBER RESERVED | | B | | | | | | |
| DTX-132 | NUMBER RESERVED | | B | | | | | | |
| DTX-133 | NUMBER RESERVED | | B | | | | | | |
| DTX-134 | NUMBER RESERVED | | B | | | | | | |
| DTX-135 | NUMBER RESERVED | | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-136 | NUMBER RESERVED | | B | | | | | | |
| DTX-137 | NUMBER RESERVED | | B | | | | | | |
| DTX-138 | NUMBER RESERVED | | B | | | | | | |
| DTX-139 | Intel Employee Agreement, between Intel and John Sweetser, November 5, 2001 | TONPR_00189167 | B | | | | | | |
| DTX-140 | NUMBER RESERVED | | B | | | | | | |
| DTX-141 | NUMBER RESERVED | | B | | | | | | |
| DTX-142 | Wii R&D Expenses | NIN_TO_0080057 - NIN_TO_0080058 | B | | | | | | |
| DTX-143 | NUMBER RESERVED | | B | | | | | | |
| DTX-144 | Wii NOA Launch Strategy, presented July 2006. (2 copies: color NIN_TON_0070578-601 marked as Deposition Exhibit Chavez 2, and also B/W version NIN_TO_0042998-43021) | NIN_TO_0070578 - NIN_TO_0070601 and NIN_TO_0042998 - NIN_TO_0043021 | B | | | | | | |

- 23 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-145 | Declaration of Christopher J. Bokhart, re DB Roth, Inc., dated March 27, 2012. Deposition Exhibit Bokhart 3. | TONPR_00209052 - TONPR_00209088 | B | | | | | | |
| DTX-146 | Email from Anders Grunnet-Jepsen to Pauline Herlien, RE: So tell all!!!, dated November 19, 2004 | TONPR_00003581 - TONPR_00003582 | B | | | | | | |
| DTX-147 | Confirmatory Patent Assigment, from Kenneth Salsman to Triton Service, Inc., dated 12/9/2013. (2 copies, including USPTO recordation of 5/21/2014 at Reel: 032914, Frame 0689 - 0691, and copy produced by Triton). A physical certified copy of this reference is available for inspection. | NIN_TO_0111770 - NIN_TO_0111772, TRITON00000187 - TRITON00000188 | B | | | | | | |
| DTX-148 | Deposition Exhibit Sweetser 9. Mini-Pod cable wiring diagram. | TONPR_00188491 - TONPR_00188492 | B | | | | | | |
| DTX-149 | Deposition Exhibit Bhowmik 2. E-mail string from A. Bhowmik to A. Grunnet-Jepsen RE: link to videos, dated Tuesday, July 17, 2009. | TONPR_00207804 - TONPR_00207805 | B | | | | | | |

- 24 -

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-150 | Deposition Exhibit Bhowmik 3.  E-mail string from A. Bhowmik to A. Grunnet-Jepsen RE: ThinkOptics demo to Eric Kim and Staff, dated Monday, July 27, 2009. | TONPR_00207787 - TONPR_00207788 | B | | | | | | |
| DTX-151 | Deposition Exhibit Bhowmik 4.  E-mail string from A. Bhowmik to ThinkOptics re: Notification of payment received, dated Sunday, September 23, 2007. | TONPR_00207796 - TONPR_00207797 | B | | | | | | |
| DTX-152 | Email from Anders Grunnet-Jepsen to Ken Salsman and Gopal Panchanatha, RE: IMPORTANT: Team mtg - Summary - and action items - Response Requested, dated October 17, 2004 | TONPR_00003946 - TONPR_00003950 | B | | | | | | |
| DTX-153 | Confidential Settlement Agreement between ThinkOptics, Inc. and Nyko Technologies, Inc., effective January 17, 2014 | TONPR_00209467 - TONPR_00209477 | B | | | | | | |

14372-0137/LEGAL122447290.1

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-154 | Nintendo financial data | NIN_TO_0049530-37, 0065769-71, 0076193, 0076195-97, 0076199, 0076201-203, 0077528-38, 0078715-27, 0078908-911, 0080168-78, 0080181-84, 0080186, 0080188-90 | B | | | | | | |
| DTX-155 | Wii Launch November 19, 2006 Media Hot Hits | NIN_TO_0027660 - NIN_TO_0027976 | B | | | | | | |
| DTX-156 | Wii Q1 2007 January - March Wrap-Up Report May 25, 2007, by Golin Harris [2 copies: color copy NIN_TO_0070644-825 marked as Deposition Exhibit Chavez 7, and B/W NIN_TO_0027977-28158 copy) | NIN_TO_0070644 - NIN_TO_0070825 and NIN_TO_0027977 - NIN_TO_0028158 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-157 | Nintendo of America Virtual Console Demand Study 02.28.06, Prepared by: NOA Research and Zanthus Corporation, dated 2/28/2006 | NIN_TO_0047020 - NIN_TO_0047080 | B | | | | | | |
| DTX-158 | Wii Q4 2009 Marketing Plan, presented September 18, 2009 | NIN_TO_0070562 - NIN_TO_0070577 | B | | | | | | |
| DTX-159 | Nyko Technologies sales data for Jan 1, 2014 to March 31, 2014 | TONPR_00209494 | B | | | | | | |
| DTX-160 | Deposition Exhibit Arbogast 2.  Untitled spreadsheet re Nyko product current inventory, and sales for April 2009 - June 2012 | NYKO 000014 - NYKO 000027 | B | | | | | | |
| DTX-161 | Deposition Exhibit Arbogast 3.  Nyko Technologies, Inc. Sales Summary - Wand Items July 2012 to October 2013 | NYKO 001760 - NYKO 001762 | B | | | | | | |
| DTX-162 | Positioning Strategy, 5/18/2006 (Deposition Exhibit Chavez 1 is NIN_TO_0070602-625 copy) | NIN_TO_0070602 - NIN_TO_0070625, NIN_TO_0028705 - NIN_TO_0028728 | B | | | | | | |
| DTX-163 | Wii Value and Nintendo Selects #1 Marketing Plan, Presented March 29, 2011 | NIN_TO_0070883 - NIN_TO_0070903 | B | | | | | | |
| DTX-164 | Wii Pre-Launch Evaluation, 7/26/2006 (Deposition Exhibit Chavez 3) | NIN_TO_0030360 - NIN_TO_0030389 | B | | | | | | |

14372-0137/LEGAL122447290.1

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-165 | Marketing Strategy, 8/11/2006 (Deposition Exhibit Chavez 4) | NIN_TO_0047363 - NIN_TO_0047408 | B | | | | | | |
| DTX-166 | Wii Media Clips (Deposition Exhibit Chavez 5) | NIN_TO_0030009 - NIN_TO_0030132 | B | | | | | | |
| DTX-167 | Q2 Marketing Plan, 2/19/2007 (Deposition Exhibit Chavez 6) | NIN_TO_0070826 - NIN_TO_0070848 | B | | | | | | |
| DTX-168 | Wii Classic Controller | physical exhibit | B | | | | | | |
| DTX-169 | Post-Purchase Satisfaction Study, 10/1/2008 (Deposition Exhibit Chavez 8) | NIN_TO_0061648 - NIN_TO_0061723 | B | | | | | | |
| DTX-170 | Wii Manuals (Operations Manual System Setup, and Wii Operations Manual Channels and Settings) | NIN_TO_0057928 - NIN_TO_0057989 | B | | | | | | |
| DTX-171 | Wii James Bond 007: Goldeneye 007 Classic Edition bundle (game with Wii Classic Controller Pro) | physical exhibit | B | | | | | | |
| DTX-172 | Deposition Exhibit Salsman 13.  Email from Kenneth Salsman to Ray Kwong RE: Localized 3 axis measurements, dated July 9, 2004. | TONPR_00003978 - TONPR_00003979 | B | | | | | | |
| DTX-173 | Deposition Exhibit Salsman 16.  Letter agreement (signed) between ThinkOptics, Inc. and Kenneth Salsman RE: Advisory | TO_Salsman_000090 - TO_Salsman_000091 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| | Board Invitation Letter, dated December 18, 2004. | | | | | | | | |
| DTX-174 | Deposition Exhibit Salsman 18.  Provisional Patent Application No. 60/593413 Grunnet-Jepsen et al., re: Electronic vision based remote control system. | None (34 pages) | B | | | | | | |
| DTX-175 | Deposition Exhibit Salsman 19.  Email from Ken Salsman to Daniel So and Anders Grunnet-Jepsen re: PT Update, dated August 4, 2004. | TONPR_00003731 - TONPR_00003732 | B | | | | | | |
| DTX-176 | Deposition Exhibit Sweetser 8.  MouseCam - Simple Technology: Diverse Applications. Briefing for Investors, From the Prometheus Group. | TONPR_00004032 - TONPR_00004040 | B | | | | | | |
| DTX-177 | Updated Nintendo financial data | NIN_TO_0111943 - NIN_TO_0112194 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-178 | ROM Proposal: Advanced Digital Optical Touch Screen, dated 6/28/2005, and article titled: CCD-Camera Based Optical Tracking for Human-Computer Interaction, by Franz Madritsch, with marginalia, from Proceedings - 1st European Conference on Disability, Virtual Reality and Associated Technologies, Maidenhead, pp. 161-170 (1996).  (Color original document as produced, and also B/W Deposition Exhibit 109). | TONPR_00194289 - TONPR_00194303 | B | | | | | | |
| DTX-179 | Latest DPD cost as of November 16th, 2012.  (Also marked as Deposition Exhibits Slottje 8 and Teuber 10). | NIN_TO_0070496 | B | | | | | | |
| DTX-180 | Deposition Exhibit 115.  Article Titled "Absolute Pointing and Tracking Based Remote Control for Interactive User Experience," by John Sweetser, Anders Grunnet-Jepsen, and Gopal Panchanathan | None (10 pages) | B | | | | | | |
| DTX-181 | Deposition Exhibit 121.  Email thread from Geri Koehler to Justin Kwong re: Government Matchmaker, dated September 11, 2013. | TRITON00000020 - TRITON00000022 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-182 | Email thread from Geri Koehler to Justin Kwong re: Call Tomorrow - Prometheus Outline, dated September 11, 2013, and attachment (Deposition Exhibits 122 and 123) | TRITON00000002 - TRITON00000019 | B | | | | | | |
| DTX-183 | Email from Geri Koehler to Justin Kwong re: Updated Presentation - ThinkOptics Business Plan, dated September 13, 2013, and attachment (Deposition Exhibits 124 and 125) | TRITON00000091 - TRITON00000126 | B | | | | | | |
| DTX-184 | Deposition Exhibit 126.  Email from Kenneth Salsman to Ray Kwong, dated 7/20/04, and attachment (Deposition Exhibits 126 and 127) | TRITON00000028 - TRITON00000045 | B | | | | | | |
| DTX-185 | Deposition Exhibit 132.  Triton Services, Inc. Employment Agreement with Kenneth Salsman, effective October 4, 2004. | TRITON00000175 - TRITON00000185 | B | | | | | | |
| DTX-186 | Deposition Exhibit 149.  ThinkOptics Balance Sheet December 31, for 2004-2012. | TONPR_00207487 (6 pages) | B | | | | | | |
| DTX-187 | Deposition Exhibit 150.  Email from writetogopal@gmail.com to Anders Grunnet-Jepsen<gjmail@earthlink.net>, john.sweetser@earthlink.net, kenneth.salsman@comcast.net, Daniel So<daniel@ilvil.net> Subject: hardware | TONPR_00004828 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| | options, re: hardware options, dated Octobder 4, 2004. | | | | | | | | |
| DTX-188 | Deposition Exhibit 151.  Feedback from Customers/VCs/Angels During Jul-Aug/2005. | TONPR_00167662 - TONPR_00167666 | B | | | | | | |
| DTX-189 | Deposition Exhibit 155.  Email thread from brian@jbplus.com to kslim@airlogic.kr FW: Questions from Hansung, dated April 27, 2012. | TO_BKIM_001006 - TO_BKIM_001007 | B | | | | | | |
| DTX-190 | Deposition Exhibit 164.  Email thread from john@thinkoptics.com to brian@jbplus.com, cc: anders@thinkoptics.com, gopal@thinkoptics.com RE: iWavit test with an Android unit, dated January 22, 2013. | TO_BKIM_001662 - TO_BKIM_001664 | B | | | | | | |
| DTX-191 | Deposition Exhibit 200.  Excerpt from book titled "Numerical Analysis," Second Edition, by Lee W. Johnson and R. Dean Riess, dated 1982. | None (3 pages) | B | | | | | | |
| DTX-192 | Deposition Exhibit 204.  Table titled: " '116 Patent, Claim 16," with marginalia. | None (4 pages) | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-193 | Intel employment file documents regarding Kenneth Salsman, including Information Supplement, and Employment Agreement between Intel and Kenneth Salsman, dated 6/14/2000 - 7/10/2000 | 400DOC000025 - 400DOC000033 | B | | | | | | |
| DTX-194 | Intel employment file documents regarding Anders Grunnet-Jepsen, including Information Supplement, and Employment Agreement between Intel and Anders Grunnet-Jepsen, dated 11/27/2001 | 400DOC000041 - 400DOC000050 | B | | | | | | |
| DTX-195 | Plaintiff ThinkOptics, Inc.'s Supplemental Objections and Responses to Defendant Nintendo of America, Inc.'s First Set of Interrogatories, dated July 26, 2013 (Deposition Exhibit 202) | None (24 pages) | B | | | | | | |
| DTX-196 | Declaration of Kenneth E. Salsman, dated May 30, 2014 | NIN_TO_0111786 - NIN_TO_0111787 | B | | | | | | |
| DTX-197 | Deposition Exhibit 101.  "Intel's Future: That's Home Entertainment" CNET News, dated January 8, 2004 (printed 9-5-13). | None (4 pages) | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-198 | Deposition Exhibit 102.  Email thread from Gopal to P. Hill of Intel, et al., RE: Introduction: ThinkOptics, dated January 1, 2005. | TONPR_00003486 - TONPR_00003490 | B | | | | | | |
| DTX-199 | ThinkOptics source code: TONPR002-SC (the native version produced around 9/13/13): \Anders PC2\Local Disk E\ThinkOptics\MaxQ\wavit\wavit258.asm.asm.  (Native file and Bates numbered printout). | TONPR-SC_00000001 - TONPR-SC_00000181 | B | | | | | | |
| DTX-200 | ThinkOptics source code: TONPR011: \Highly Confidential - Source Code\source\wavit2531_0.1.0.20.c.  (Native file and Bates numbered printout). | TONPR-SC_00000182 - TONPR-SC_00000352 | B | | | | | | |
| DTX-201 | Maxim MaxQ2000 Documentation | TONPR_00126628-638, 126653-781, 126782-971, 127020-25, 133544-569 and 177343-384 | B | | | | | | |
| DTX-202 | Omnivision  OV6650 Color CMOS and OV6151 B&W CMOS Datasheets | TONPR_00135748-767, TONPR_00135706-727, and TONPR_00135728-747 | B | | | | | | |

14372-0137/LEGAL122447290.1

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-203 | Detailed Specification for ThinkOptics Wavit 3D Pointer, dated 11/3/2008 | TONPR_00187571 - TONPR_00187574 | B | | | | | | |
| DTX-204 | Texas Instruments CC2530/31 Documentation | TONPR_00134726-958, 134961-981, 134984-5204, 146331-363, 177009-243 and 189228 | B | | | | | | |
| DTX-205 | Email discussion between J. Sweetser, A. Grunnet-Jepsen, G. Panchanathan, B. Kim, and others, re: payment for March-May 2013 iWavit sales | TO_BKIM_001866 - TO_BKIM_001937 | B | | | | | | |
| DTX-206 | ThinkOptics' Software Development Document Rev31b | TONPR_00137896 - TONPR_00137955 | B | | | | | | |
| DTX-207 | ThinkOptics's Responses to Nintendo's Requests for Admission | N/A | B | | | | | | |
| DTX-208 | ThinkOptics's Responses and Supplemental Responses to NOA's First Set of Interrogatories (including Appendices) | N/A | B | | | | | | |
| DTX-209 | ThinkOptics's Responses and Supplemental Responses to NOA's Second Set of Interrogatories | N/A | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-210 | ThinkOptics's Responses and Supplemental Responses to NCL's First Set of Interrogatories (with appendices) | N/A | B | | | | | | |
| DTX-211 | ThinkOptics's Responses to NCL's Second Set of Interrogatories | N/A | B | | | | | | |
| DTX-212 | ThinkOptics's Responses to NCL's Third Set of Interrogatories | N/A | B | | | | | | |
| DTX-213 | Wii Remote and Nunchuck Hardware Overview, Version 0.33, released September 12, 2006 | NIN_TO_0046161 - NIN_TO_0046192 | B | | | | | | |
| DTX-214 | Revolution Controller core Plan 0.03.00, dated 6/18/2005 | NIN_TO_0032929 - NIN_TO_0032970 | B | | | | | | |
| DTX-215 | Nintendo Revolution controller Core plan, Ver. 0.4.22, 09/22/2008 | NIN_TO_0048022 - NIN_TO_0048129 | B | | | | | | |
| DTX-216 | 2007 Nintendo Annual Report | NIN_TO_0096960 - NIN_TO_0097005 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-217 | G. Kitchen game manuals (Wii Play, Wii Sports, Wii U New Super Mario Bros. U, Ninja Gaiden Wii U, Game and Wario Wii U, Wonderful 101 Wii U, Wii Call of Duty Black Ops, Wii Mario Party 9, Wii Mario Supper Sluggers, Wii Party, Wii Pokemon Battle Revolution) | NIN_TO_0061863-889, NIN_TO_0080897-951, NIN_TO_0081036-132 | B | | | | | | |
| DTX-218 | Revolution SDK Wii Controller Overview, Version 1.0.4, dated 9/30/2010.  (Color copy 51818-93, and B/W 48130-205 copy that is Deposition Exhibit Ikeda 29). | NIN_TO_0051818 - NIN_TO_0051893, NIN_TO_0048130 - NIN_TO_0048205 | B | | | | | | |
| DTX-219 | Email from N. Okada to G. Takeda, Subject: Fujitsu Patent Documents, dated May 31, 2005 | NIN_TO_0070359 - NIN_TO_0070363 | B | | | | | | |
| DTX-220 | Email from N. Okada to G. Takeda, Subject: Drawings from the Fujitsu Patent, dated May 31, 2005 | NIN_TO_0070364 - NIN_TO_0070378 | B | | | | | | |
| DTX-221 | U.S. Patent No. 7,852,317 file history documents: U.S. Patent Application Publication No. US 2006/0152487 Grunnet-Jepsen et al., published July 13, 2006, and issued patent.  (Deposition Exhibit 107 is TONPR_00000954-1011). | TONPR_00180835 - TONPR_00180891, TONPR_00000954 - TONPR_00001011 | B | | | | | | |
| DTX-222 | U.S. Patent No. 7,796,116 file history documents: U.S. Patent Application Publication No. US 2006/0152488 Salsman | TONPR_00180892 - TONPR_00180949, TONPR_00000001 - | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
|  | et al., published July 13, 2006, issued patent and file history. | TONPR_00000953 |  |  |  |  |  |  |  |
| DTX-223 | U.S. Patent No. 7,864,159 file history documents: U.S. Patent Application Publication No. US 2006/0152489 Sweetser et al., published July 13, 2006, issued patent and file history. | TONPR_00180950 - TONPR_00181006, TONPR_00001894 - TONPR_00002936 | B |  |  |  |  |  |  |
| DTX-224 | *Designing with FPGAs & CPLDs*, by Bob Zeidman, CMP Books, Lawrence, Kansas, 2002 (book) | physical exhibit | B |  |  |  |  |  |  |
| DTX-225 | *Introduction to Verilog*, by Bob Zeidman, Zeidman Consulting, Fourth paperback edition, 2012 (book) | physical exhibit | B |  |  |  |  |  |  |
| DTX-226 | *Just Enough Electronics to Impress Your Friends and Colleagues!*, by Bob Zeidman, Zeidman Consulting, First paperback edition, 2013 (book) | physical exhibit | B |  |  |  |  |  |  |
| DTX-227 | *The Software IP Detective's Handbook*, by Bob Zeidman, Prentice Hall, First Printing, 2011 (book) | physical exhibit | B |  |  |  |  |  |  |
| DTX-228 | *Verilog Designer's Library*, by Bob Zeidman, Prentice Hall PTR, Upper Saddly River, New Jersey, 1999 (book) | physical exhibit | B |  |  |  |  |  |  |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-229 | NES Duck Hunt System Bundle: Nintendo NES system and accessories (including NES Satellite, zapper, cables and Duck Hunt game cartridge) | physical exhibits | B | | | | | | |
| DTX-230 | SNES Bundle: Nintendo Super Nintendo Entertainment System (Super NES) system and accessories, including controllers and game cartridge(s) | physical exhibits | B | | | | | | |
| DTX-231 | Nintendo Super Nintendo Entertainment System (Super NES) Super Scope 6 controller and accessories, including Super Scope 6 game cartridge | physical exhibits | B | | | | | | |
| DTX-232 | GameCube System Bundle: Nintendo GameCube system and accessories, including Nintendo WaveBird wireless controller and RF receiver / dongle | physical exhibits | B | | | | | | |
| DTX-233 | Wii Mario Kart System Bundle: Nintendo Wii system bundle (with console, game and Wii wheel accessory) | physical exhibits | B | | | | | | |
| DTX-234 | Wii Sports (game) | physical exhibits | B | | | | | | |
| DTX-235 | Wii remote (physical exhibit) and teardowns | physical exhibits | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-236 | Wii Remote and Motion Plus Adapter | physical exhibits | B | | | | | | |
| DTX-237 | Wii Fit Bundle, including Balance Board | physical exhibits | B | | | | | | |
| DTX-238 | Wii Donkey Kong Country Returns (game) | physical exhibits | B | | | | | | |
| DTX-239 | Wii U Deluxe System Bundle with Mario Brothers U and Nintendoland games, including Wii U GamePad | physical exhibits | B | | | | | | |
| DTX-240 | First prototype Wii Remote (physical device).  Prototype made available for inspection at July 2013 depositions of Nintendo Co., Ltd., and a photo was marked as Deposition Exhibit 31 at 7/8/2013 deposition of A. Ikeda, v. 2). | physical exhibits | B | | | | | | |
| DTX-241 | Second prototype Wii Remote (physical device).  Prototype made available for inspection at July 2013 depositions of Nintendo Co., Ltd., and a photo was marked as Deposition Exhibit 32 at 7/8/2013 deposition of A. Ikeda, v. 2). | physical exhibits | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| DTX-242 | Third prototype Wii Remote (physical device).  Prototype made available for inspection at July 2013 depositions of Nintendo Co., Ltd., and a photo was marked as Deposition Exhibit 33 at 7/8/2013 deposition of A. Ikeda, v. 2). | physical exhibits | B | | | | | | |
| DTX-243 | Wavit device and teardowns | physical exhibits | B | | | | | | |
| DTX-244 | iWavit device and teardowns | physical exhibits | B | | | | | | |
| DTX-245 | Wii remote test setup depicted and described in section VIII.C.2.b of Garry Kitchen's Expert Rebuttal Report (corrected), dated November 12, 2013 | physical exhibits | B | | | | | | |
| DTX-246 | Email thread from A. Grunnet-Jepsen to K. Salsman, RE: Localized 3 axis measurements, dated July 11, 2004, with attachment: Parasol business play Rev0.6.ppt.  (Parent email by itself is Deposition Exhibit 112). | TONPR_00004171-4213 | B | | | | | | |
| DTX-247 | Email from A. Grunnet-Jepsen to K. Salsman, re: updated presentation, with attachment: ThinkOptics business plan Rev0.1_short.ppt, dated July 15, 2004 | TONPR_00004063-4098 | B | | | | | | |
| DTX-248 | Email from Kenneth Salsman to gjmail@earthlink.com and Daniel@ilvil.net, re: Latest exec. Brief, with | TONPR_00003187-3203 | B | | | | | | |

| DFDT EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| | attachment MouseCam v1.3.ppt.  (Cover email itself is Deposition Exhibit Salsman 8). | | | | | | | | |
| DTX-249 | Email message from Anders Grunnet-Jepsen dated Nov. 29, 2004 | TONPR_00003842-3844 | B | | | | | | |
| DTX-250 | Email chain from J. Sweetser to anders, FW: SBIR Phase I Debrief, with attachment, 12/16/2004 | TONPR_00003162 - TONPR_00003164 | B | | | | | | |

14372-0137/LEGAL122447290.1